1030

*In the Matter of* WILLIAM U. ERHOLM.

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–7–00030–1, Marshall Forrest, J., entered October 5, 1981. *Dismissed* by unpublished opinion per Callow, J., concurred in by Ringold, J., and Soderland, J. Pro Tem.

*In the Matter of the Marriage of* HELENA O. HENKEL,
*Respondent, and* WILLIAM M. HENKEL,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–3–01939–2, Gerard M. Shellan, J., entered November 24, 1981. *Affirmed* by unpublished per curiam opinion.

HARRIET M. GOULD, *Appellant,* v. MUTUAL LIFE
INSURANCE COMPANY OF NEW YORK, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–18553–3, James D. McCutcheon, Jr., J., entered March 11, 1982. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Williams, J., and Soderland, J. Pro Tem. Now published at 37 Wn. App. 756.